**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:08cr128**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> **ASHTON DURRELL FARLEY.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Withdraw as Counsel of Record filed by attorney Noe L. Flores. [Doc. 316].

The record reflects that the Defendant has been appointed appellate counsel by the Fourth Circuit. [Doc. 320]. Accordingly, for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Motion to Withdraw as Counsel of Record [Doc. 316] is **GRANTED**. Attorney Noe L. Flores is hereby relieved of any further representation of the Defendant in this matter.

Signed: September 3, 2009

Martin Reidinger
United States District Judge